UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DASMIN L. MINOR,

                Plaintiff,

vs.

MICHAEL CURLEY, individually and as an employee of the Police Department of the City of Utica, New York, HOWARD BRODT, individually and as an employee of the Police Department of the City of Utica, New York, JAMES HOLT, individually and as an employee of the Police Department of the City of Utica, New York, and JOHN DOE, a fictitious name intended to represent the name of one or more officers of the Police Department of the City of Utica, New York, whose identities are as yet unknown, and THE CITY OF UTICA, NEW YORK,

                Defendants.

---

STIPULATION DISCONTINUING ACTION

Case No. 6:10-cv-01238-(GTS/ATB)

JUDGE GLENN T. SUDDABY

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 18 2012
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to all defendants, and it is further

      **STIPULATED AND AGREED** that this Stipulation of Discontinuance shall be "with prejudice" and it is further

      **STIPULATED AND AGREED** that no party shall be entitled to any costs, disbursements or fees as against any other party.

1

Date: 4/16/2012

Stephen L. Lockwood, Esq.
Daniel Cafruney, Esq.
Attorneys for the Plaintiff
Dasmin L. Minor
285 Genesee St.
Utica, New York 13501

Date: 4/16/2012

John P. Orilio, Esq.
Bar Roll Number: 102307
Attorney for Defendants Michael Curley,
Howard Brodt, James Holt and the City of
Utica, New York
Assistant Corporation Counsel
City Hall
1 Kennedy Plaza
Utica, New York 13502
(315) 792-0171

So Ordered: _____  Date: 4/18/12
Hon. Glenn T. Suddaby
United States District Court
Syracuse, New York

2